

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00308-CR

**ERNEST EARL WASHINGTON, JR.,**

          **Appellant**

**v.**

**THE STATE OF TEXAS,**

          **Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2016-1709-C2

## O R D E R

This appeal was abated on June 13, 2018 because no brief had been filed. The trial court held a hearing and set the time for appellant's brief to be filed.

Accordingly, this appeal is reinstated, and, consistent with the trial court's order, appellant's brief is due August 13, 2018.

PER CURIAM



Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal reinstated
Order issued and filed July 18, 2018